

**FILED**
JAMES J. VILT, JR. - CLERK

JUN 2 1 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

**COLIN BILLUPS**

SUPERSEDING INDICTMENT

NO.  3:23CR-35-CHB
18 U.S.C. § 2
18 U.S.C. § 545
18 U.S.C. § 922(o)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 924(d)
18 U.S.C. § 933(a)
18 U.S.C. § 933(b)
18 U.S.C. § 934
28 U.S.C. § 2461

The Grand Jury charges:

### COUNT 1
*(Illegal Possession of a Machine Gun)*

On or about March 13, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **COLIN BILLUPS**, did knowingly possess a machine gun, as defined in Title 26, United States Code, Section 5845(b), that is, a Glock Switch, bearing no serial number.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

The Grand Jury further charges:

### COUNT 2
*(Trafficking in firearms)*

Beginning on a date unknown to the Grand Jury, but at least as early as January of 2023 and up to and including on or about March 13, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **COLIN BILLUPS**, did, in and affecting interstate commerce, transfer and dispose of a firearm, that is, a Glock pistol with a Glock switch, to another person, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm

by the recipient would constitute a felony, as defined in Title 18, United States Code, Section 932(a).

In violation of Title 18, United States Code, Sections 933(a) and (b).

The Grand Jury further charges:

## COUNT 3
*(Smuggling Goods into the United States)*

On or about the March 13, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **COLIN BILLUPS**, willfully and knowingly and with intent to defraud the United States, did smuggle and clandestinely introduce into the United States merchandise which should have been invoiced, that is, a Glock switch, of an approximate value of $23.00.

In violation of Title 18, United States Code, Section 545.

The Grand Jury further charges:

## COUNT 4
*(Attempted Possession of a Machine Gun)*

On or about and between March 6, 2023, and March 24, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, the defendant, **COLIN BILLUPS**, did knowingly attempt possess a machine gun, as defined in Title 26, United States Code, Section 5845(b), that is, a Glock Switch, bearing no serial number.

In violation of Title 18, United States Code, Sections 922(o), 924(a)(2), and 2.

The Grand Jury further charges:

## COUNT 5
*(Smuggling Goods into the United States)*

On or about and between March 6, 2023, and March 24, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **COLIN BILLUPS**, willfully and knowingly and with intent to defraud the United States, did smuggle and clandestinely introduce into the United States merchandise which should have been invoiced, that is, a Glock switch, of an approximate value of $23.00.

In violation of Title 18, United States Code, Section 545.

## NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 18, United States Code, Sections 922(o) and 933, as alleged in this Superseding Indictment, felonies punishable by imprisonment for more than one year, the defendant, **COLIN BILLUPS**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offenses including, but not limited to, two Glock switches, bearing no serial number.

As a result of committing an offense in violation of Title 18, United States Code, Section 933, as alleged in this Superseding Indictment, a felony punishable by imprisonment for more than one year, the defendant, **COLIN BILLUPS**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 934 any property constituting, or derived from, any proceeds the

person obtained, directly, or indirectly, as the result of the offense, and any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

A TRUE BILL.

Redacted

FOREPERSON

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:FED062123

UNITED STATES OF AMERICA v. **COLIN BILLUPS**

## PENALTIES

Counts 1, 4:    NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release (each count)
Count 2:    NM 15 yrs./$250,000/both/NM 3 yrs. Supervised Release
Counts 3, 5:    NM 20 yrs./$250,000/both/NM 3 yrs. Supervised Release (each count)
Forfeiture

## NOTICE

### ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:  Clerk, U.S. District Court
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202
502/625-3500

BOWLING GREEN:  Clerk, U.S. District Court
120 Federal Building
241 East Main Street
Bowling Green, KY 42101
270/393-2500

OWENSBORO:  Clerk, U.S. District Court
126 Federal Building
423 Frederica
Owensboro, KY 42301
270/689-4400

PADUCAH:  Clerk, U.S. District Court
127 Federal Building
501 Broadway
Paducah, KY 42001
270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.